UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GRACE ALBANESE,<br><br>                Plaintiff,<br><br>   v.<br><br>HOMELAND SECURITY OF THE UNITED STATES IN LAS VEGAS, NEVADA,<br><br>                Defendant. | Case No. 2:16-cv-00531-RFB-VCF<br><br>**<u>ORDER</u>** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered March 15, 2016.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 1, 2016. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

      **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 2) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff Grace Albanese's Complaint (ECF No. 1-1) is DISMISSED with leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff Grace Albanese shall have until **May 18, 2016** to file an Amended Complaint addressing the deficiencies identified in the Report and Recommendation. If she does not do so within this time, her case shall be dismissed with prejudice.

The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: April 27, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**